```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X
                                                        :
ANDREW TORO, on behalf of himself and all others  :
similarly situated,                                            :
                                                        :     1:23-cv-1816-GHW
                               Plaintiff,       :
                                                        :        <u>ORDER</u>
            -against-                      :
                                                        :
FRIGHT-RAGS, INC.,                             :
                                                        :
                               Defendant.  :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than June 28, 2023. Dkt. No. 5. The Court has not received the parties' submissions. The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than July 3, 2023.

      SO ORDERED.

Dated: June 29, 2023
       New York, New York

                                                                GREGORY H. WOODS
                                                      United States District Judge