```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
ANDREW TORO, on behalf of himself and all others                     :
similarly situated,                                                  :
                                                                     :    1:23-cv-1816-GHW
                                                                     :
                                    Plaintiff,                       :
                                                                     :        ORDER
                    -against-                                        :
                                                                     :
                                                                     :
FRIGHT-RAGS, INC.,                                                   :
                                                                     :
                                    Defendant.                       :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The parties' June 29, 2023 request to adjourn the initial pretrial conference, Dkt. No. 5, is granted. Dkt. No. 12. The initial pretrial conference scheduled for July 5, 2023 is adjourned to August 7, 2023 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's March 3, 2023 order are due no later than August 1, 2023.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 12.

SO ORDERED.

Dated: June 29, 2023
       New York, New York
                                              _____
                                                     GREGORY H. WOODS
                                                  United States District Judge