```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
ANDREW TORO, on behalf of himself and all others                    :
similarly situated,                                                 :
                                                                    :
                                    Plaintiff,                      :
                                                                    :
                -against-                                           :
                                                                    :
FRIGHT-RAGS, INC.,                                                  :
                                                                    :
                                    Defendant.                      :
------------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/2023

1:23-cv-1816-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The initial pretrial conference scheduled to take place in-person on August 7, 2023 at 4:00 p.m. will instead be conducted by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(B) of the Court's Individual Rules.

SO ORDERED.

Dated: August 1, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge