```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANDREW TORO, *on behalf of himself and all others similarly situated*,

                                Plaintiff,

-against-

FRIGHT-RAGS, INC.,

                                Defendant.
-----------------------------------------------------------------X

1:23-cv-1816-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      In the Court's order dated June 29, 2023, Dkt. No. 13, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than August 1, 2023. The Court has not received either document. The parties are directed to comply with the Court's June 29, 2023 order forthwith and in any event no later than August 3, 2023.

      SO ORDERED.

Dated: August 2, 2023
New York, New York

                                                      _____
                                                           GREGORY H. WOODS
                                                       United States District Judge