```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANDREW TORO, *on behalf of himself and all others similarly situated*,

                          Plaintiff,

-against-

FRIGHT-RAGS, INC.,

                          Defendant.
------------------------------------------------------------------X

1:23-cv-1816-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

In the Court's order dated June 29, 2023, Dkt. No. 13, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than August 1, 2023. Because the Court did not receive either document by that date, the Court issued an additional order on August 2, 2023, ordering the parties to comply with the Court's June 29 order forthwith and by no later than August 3, 2023. Dkt. No. 15. Despite these two orders from the Court, the parties have still not submitted the required documents. Having now ignored two orders of this Court, the parties are ORDERED to comply with the Court's June 29 and August 2 orders FORTHWITH and in any event by no later than 5:00 p.m. on August 4, 2023. Further failure to comply with the Court's orders could result in the imposition of sanctions and/or dismissal of the action for failure to prosecute.

SO ORDERED.

Dated: August 4, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge