```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
ANDREW TORO,                                                     :
                                                                 :
                                    Plaintiff,                   :     1:23-cv-1816-GHW
                                                                 :
                  -against-                                      :
                                                                 :           ORDER
FRIGHT-RAGS, INC.,                                               :
                                                                 :
                                    Defendant.                   :
                                                                 :
---------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/2024

GREGORY H. WOODS, District Judge:

In the Court's order dated August 7, 2023, Dkt. No. 19, the parties were directed to submit a joint status letter to the Court no later than January 30, 2024. The Court has not received the joint status letter. The parties are directed to comply with the Court's August 7, 2023 order forthwith and in any event no later than February 2, 2024.

SO ORDERED.

Dated: January 31, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge