

# Mars Khaimov Law, PLLC

100 Duffy Avenue, Suite 510

Hicksville, NY 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

March 17, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/18/2024
```

    Re:    Case 1:23-cv-01816-GHW, Toro v. Fright-Rags, Inc.
            <u>Plaintiff's Request for Extension of Pre-trial Submissions</u>

Dear Judge Woods:                **MEMORANDUM ENDORSED**

    Plaintiff respectfully submits this letter to join Defendant's request for a short extension of the deadline to submit a joint description of the case and overview of the applicable law, which was due on March 15, 2024. The Parties are working expeditiously to draft and file these submissions as soon as they can. As such, Plaintiff joins Defendant's request for an extension to submit these submissions. Defendant's request, which was filed on March 15, 2024, requested an adjournment up to and until March 18, 2024. Plaintiff requests that the Parties be granted a few additional days to file the submissions, up to and until March 20, 2024. With the final pretrial conference being scheduled for May 15, 2024, and the trial date set for June 17, 2024, this slight extension, if granted, should not have delay any of the upcoming case dates. This is first time this relief is being requested.

    We thank Your Honor for the attention and consideration herein.

                             Respectfully submitted,

                             */s/ Mars Khaimov*
                             Mars Khaimov, Esq.
                             Attorneys for Plaintiff

Cc: all Counsel of record on ECF

The Court has reviewed this letter and Defendant's letter filed at Dkt. No. 33.  Both applications are granted in part.  The joint pretrial submissions described above are due no later than March 25, 2024.  In addition, a teleconference will be held on April 4, 2024 at 3:00 p.m.  The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website.  Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions.  The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.  The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 33, 34.

SO ORDERED.

Dated:  March 18, 2024
New York, New York

                            _____
                             GREGORY H. WOODS
                            United States District Judge