```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANDREW TORO, individually and on behalf of all others similarly situated,

                           Plaintiffs,

    -against-

FRIGHT-RAGS, INC.

                           Defendant.
-----------------------------------------------------------------X

**MEMORANDUM ENDORSED**

Case No. 1:23-cv-1816

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed with prejudice and without costs. Each party will bear its own costs and fees.

Dated: May 3, 2024

New York, New York

Mars Khaimov Law, PLLC

By: _____

Mars Khaimov, Esq.
100 Duffy Avenue, Suite 510
Hicksville, New York 11801
Tel.: 929.324.0717 (direct)
mars@khaimovlaw.com
*Attorneys for Plaintiff*

Stein & Nieporent LLP

By: _____

David Stein, Esq.
1441 Broadway, Suite 6090
New York, NY 10018
Fax: (212) 836-9595
dstein@steinllp.com
*Attorneys for Defendant*

4895-5040-3388.1

The parties have stipulated to the dismissal of this action under F.R.C.P. 41(a)(1)(A)(ii).

SO ORDERED.

Dated: May 7, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge